| | | | | |
|---|---|---|---|---|
| | CIVIL MINUTES – GENERAL | | | 'O' |
| Case No. | 2:15-cv-04478-CAS (ASx) | | Date | January 16, 2018 |
| Title | TIM BEKINS ET AL. V. DMITRY ZHELEZNYAK ET AL. | | | |

| | | |
|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | |
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER STRIKING ANSWERS, COUNTERCLAIM, AND ENTERING DEFAULT AGAINST DEFENDANTS DMITRY ZHELEZNYAK AND AKVINTA USA, INC.

On December 11, 2017, the Court issued an Order to Show Cause ("OSC") directing defendant Dmitry Zheleznyak ("Zheleznyak") to show cause in writing not later than January 5, 2018 why his answer should not be stricken and default be entered against him for not appearing at a Court-ordered hearing on December 11, 2017. Dkt. 123.

In addition, the Court ordered defendant Akvinta USA, Inc. ("Akvinta") to show cause not later than January 5, 2018 why its answer and counterclaim should not be stricken and default be entered against it for not retaining counsel nor having counsel appear on its behalf at the Court-ordered hearing on December 11, 2017. Id.

Neither Zheleznyak nor Akvinta have filed a response to the OSC. Accordingly, the Court **STRIKES** Zheleznyak's answer and Akvinta's answer and counterclaim, **ENTERS DEFAULT** against Zheleznyak and Akvinta, and **DIRECTS** plaintiffs to file an application for entry of default judgment against Zheleznyak and Akvinta.

**IT IS SO ORDERED**.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |