FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2018

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

___ Priority
___ Send
X Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TIM BEKINS, TAMI DONALD, and
REBA BARBER-MONEY,

    Plaintiffs,

    vs.

DMITRY ZHELEZNYAK, JEFF
BECKER, and AKVINTA USA, INC.

    Defendants.

CASE NO. CV 15-04478-CAS (ASx)

[~~PROPOSED~~] JUDGMENT

received But not Filed

2018 AUG -2 AM 10: 42

CLERK, US DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY:

Proposed Judgment

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM BEKINS, TAMI DONALD, and REBA BARBER-MONEY, | CASE NO. CV 15-04478-CAS (ASx) |
| Plaintiffs, | [PROPOSED] JUDGMENT |
| vs. | |
| DMITRY ZHELEZNYAK, JEFF BECKER, and AKVINTA USA, INC. | |
| Defendants. | |

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of Plaintiff Tim Bekins and against Defendants Akvinta USA, Inc. and Dmitry Zhelezynak, jointly and severally, in the amount $107,623 on Plaintiff's fraud claims for relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of Plaintiff Tami Donald and against Defendants Akvinta USA, Inc. and Dmitry Zhelezynak, jointly and severally, in the amount$142,351 on Plaintiff's fraud claims for relief.

Dated: 8/10/18

_Christina A. Snyder_
Hon. Christina A. Snyder
United States District Judge